[No. 20540-1-III. Division Three. October 24, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JAVIER GARCIA FLORES, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 00-1-50218-3, Carolyn A. Brown, J., entered August 21, 2001. *Affirmed* by unpublished opinion per Kato, J., concurred in by Brown, C.J., and Kurtz, J.

[No. 20543-6-III. Division Three. October 24, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. CORY WAYNE ROBERTS, *Appellant*.

Appeal from a judgment of the Superior Court for Stevens County, No. 01-1-00100-5, Larry M. Kristianson, J., entered September 7, 2001. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Brown, C.J., and Sweeney, J.

[No. 26043-3-II. Division Two. October 25, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. CURTIS EMERY CATON, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 98-1-02219-1, Edwin L. Poyfair, J., entered May 30, 2000. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Quinn-Brintnall, A.C.J., and Bridgewater, J.

[No. 26261-4-II. Division Two. October 25, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS LEE McCULLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-1-02911-1, Marywave Van Deren, J., entered July 26, 2000. *Affirmed* by unpublished opinion per Hunt, C.J., concurred in by Seinfeld and Bridgewater, JJ.